DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDALL BARDE**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3556

[December 21, 2017]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 11-3708CF10A.

David Jay Bernstein of David Jay Bernstein, P.A., Deerfield Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***